**BLUE CROSS & BLUE SHIELD UNITED OF WISCONSIN & SUBSIDIARIES, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2007–5072.

United States Court of Appeals, Federal Circuit.

April 11, 2007.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Diane TENNYSON, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2007–3156.

United States Court of Appeals, Federal Circuit.

April 11, 2007.

Diane Tennyson, pro se.

## ORDER

Order Vacated, See 2007 WL 1581198.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.